# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CHARLES DAVID EARWOOD**                                             **PLAINTIFF**

v.                  No: 3:18-cv-00182 DPM-PSH

**CITY OF MARION, ARKANSAS,** *et al.*                        **DEFENDANTS**

## ORDER

Before the Court is a motion for service filed by Plaintiff Charles David Earwood (Doc. No. 5). The Court has ordered Earwood to file an amended complaint. *See* Doc. No. 4. The Court will order service of process on the defendants if it determines that service is appropriate after screening Earwood's amended complaint as required by 28 U.S.C. § 1915A and/or 28 U.S.C. § 1915(e). Service is not appropriate at this time. Accordingly, the motion is DENIED.

IT IS SO ORDERED this 24th day of October, 2018.

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE