# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHARLES DAVID EARWOOD
#2022033                                                    PLAINTIFF

v.                    No. 3:18-cv-182-DPM-PSH

CITY OF MARION, ARKANSAS;
GARY KELLEY, Chief; DENNIS
BARNS, Chief; PHILLIP MORRIS
KELLEY; and DIANNE KELLEY                                   DEFENDANTS

## ORDER

**1.** On *de novo* review, the Court partly adopts and partly declines the recommendation, № 9, and partly sustains Earwood's objection, № 10. FED. R. CIV. P. 72(b)(3). Earwood's conditions of confinement and medical claims are dismissed without prejudice. The Court directs the Clerk to reclassify this case as a 550 case. The case will remain referred to the Magistrate Judge. LOCAL RULE 72.1(VIII)(A).

**2.** On the Fourth Amendment claims, Earwood says he's challenging his arrest and detention in Case No. WR-09-1206 and that this challenge is unrelated to his pending criminal case, No. CR-2018-718. As the record stands now, the Court can't tell whether Earwood's dismissed district court case is related to his pending circuit court case. The recommendation about *Younger* abstention is therefore declined without prejudice.

**3.** The Court cautions Earwood: in his future filings, he must speak with courtesy and respect.

**4.** The Court returns this case to the Magistrate Judge for further proceedings.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 December 2018