IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES DAVID EARWOOD
#2022033                                                                                            PLAINTIFF

V.                              3:18CV00182 DPM/PSH

CITY OF MARION, ARKANSAS,
GARY KELLEY, Chief of Police,
Marion, DENNIS BARN, Chief,
PHILLIP MORRIS KELLEY,
DIANNE KELLEY                                                                                   DEFENDANTS

## ORDER

Plaintiff Charles David Earwood's Motion for Copies (Doc. No. 19) is GRANTED. The Clerk of the Court is directed to send Earwood a copy of his November 28, 2018 Motion to Correct (Doc. No. 11).

IT IS SO ORDERED this 19th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE