# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| **CHARLES DAVID EARWOOD** #2022033 | **PLAINTIFF** |
| v. No. 3:18-cv-182-DPM | |
| **CITY OF MARION, ARKANSAS; GARY KELLEY, Chief; DENNIS BARNS, Chief; PHILLIP MORRIS KELLEY; and DIANNE KELLEY** | **DEFENDANTS** |

## ORDER

1. Motion, № 22, denied as moot. The rules that *pro se* plaintiffs must follow are the same in both 550 and 555 cases. See № 2, which the Court sent to Earwood in October 2018.

2. On *de novo* review, the Court adopts the recommendation, № 21, and overrules Earwood's objections, № 23. FED. R. CIV. P. 72(b)(3). These objections are extensive and factually detailed. They are, in essence, a motion to supplement the amended complaint, and the Court has considered all the new facts alleged in evaluating Earwood's claims. The legal problem for Earwood is who he's suing: He is clear that the city of Marion, acting through chief Kelley and assistant chief Barns, is the target. Earwood has not made clear claims against Kelley or Barns in their individual capacity. And his official capacity claims against them simply duplicate his claims against the city who employed these officers. For all the reasons specified by the

Magistrate Judge, once the case takes this fork in the road, all of Earwood's claims fail.

**3.** For the second time, *№ 16 at 2*, the Court cautions Earwood about intemperate words in his filings. *E.g., № 23 at 2*. The Court will strike any future paper that uses street language or is disrespectful to the Court.

**4.** Earwood's amended complaint will be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3). Earwood's motion for summary judgment, *№ 7*, is denied as moot.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 January 2019