# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHARLES DAVID EARWOOD
#2022033                                                           PLAINTIFF

v.                      No. 3:18-cv-182-DPM

CITY OF MARION, ARKANSAS;
GARY KELLEY, Chief;   DENNIS
BARNS, Chief;   PHILLIP MORRIS
KELLEY;   and DIANNE KELLEY                                       DEFENDANTS

## JUDGMENT

Earwood's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2019