# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**CHARLES DAVID EARWOOD**  **PLAINTIFF**
**#2022033**

v.  No. 3:18-cv-182-DPM

**CITY OF MARION, ARKANSAS;**
**GARY KELLEY, Chief of Police,**
**Marion; DENNIS BARNS, Chief;**
**PHILLIP MORRIS KELLEY; and**
**DIANNE KELLEY**  **DEFENDANTS**

## ORDER

1. Earwood's post-judgment motions, № 28–30, are denied. Nothing in his new papers warrants relief from the Judgment.

2. It appears Earwood may have intended to file his papers as part of a new lawsuit. № 27 at 1. If Earwood wants to start a new case, then he must submit a new complaint and application to proceed *in forma pauperis*. The Court directs the Clerk to mail Earwood a § 1983 complaint form and an application to proceed *in forma pauperis*.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

27 February 2019